# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALAN JOHN FRICKX,

    Plaintiff,

v.

LUIS MACIAS VENEGAS, *et al.*,

    Defendants.

Case No.: 2:20-cv-00934-RFB-NJK

**ORDER**

    Plaintiff is proceeding in this action *pro se* and submitted a complaint in an effort to initiate this case. Docket No. 1-1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915 showing an inability to prepay fees and costs or give security for them.

    Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court shall send Plaintiff a blank application form.

3. Plaintiff must comply with this order no later than June 29, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

IT IS SO ORDERED.

Dated: May 28, 2020.

                                                           _____
                                                           NANCY J. KOPPE
                                                           UNITED STATES MAGISTRATE JUDGE