UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAN JOHN FRICKX,<br>          Plaintiff(s),<br>v.<br>LUIS MACIAS VENEGAS, et al.,<br>          Defendant(s). | Case No.: 2:20-cv-00934-RFB-NJK<br><br>**ORDER**<br><br>**[Docket No. 4]** |

Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 4. Plaintiff failed to sign and date the application. *See id.* at 1. Additionally, Plaintiff incorrectly added the amount of his income. *See id.* at 2. Accordingly, the Court will deny Plaintiff's application for leave to proceed *in forma pauperis* without prejudice.

The Court will retain Plaintiff's complaint, Docket No. 1-1, but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete, accurate application that is signed and dated.

Accordingly, the Court **DENIES** Plaintiff's application to proceed *in forma pauperis* without prejudice. Docket No. 4. The Court will retain Plaintiff's complaint, Docket No. 1-1, but will not file it until the matter of the filing fee is resolved. No later than **September 21, 2020,** Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy

of this order, or file a **signed and dated, accurate** application to proceed *in forma pauperis*. The Clerk of the Court shall send Plaintiff a blank application form. **Failure to timely comply with this order may result in a recommendation to the District Judge that this case be dismissed without prejudice.**

IT IS SO ORDERED.

Dated: August 20, 2020

_____
Nancy J. Koppe
United States Magistrate Judge