# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALAN JOHN FRICKX,

    Plaintiff(s),

v.

LUIS MACIAS VENEGAS, et al.,

    Defendant(s).

Case No.: 2:20-cv-00934-RFB-NJK

**ORDER**

[Docket No. 9]

Pending before the Court is Plaintiff's third application to proceed *in forma pauperis*. Docket No. 9. The Court denied Plaintiff's first application because he failed to sign and date the application and incorrectly added the amount of his income. Docket No. 6. The Court denied Plaintiff's second application because his reported finances differed significantly from those reported in his original application. Docket No. 8.

In his third application, Plaintiff states that he paid the filing fee on June 26, 2020. Docket No. 9 at 6. As a result, the Court determined that Plaintiff paid the filing fee in case number 2:19-cv-00942-JAD-DJA, where he filed a complaint identical to the one filed in this case. That case remains active. Thus, it appears that this case was opened in error.

Accordingly, the Court **DENIES** Plaintiff's third application to proceed *in forma pauperis* as moot. Docket No. 9. The Clerk of Court is **INSTRUCTED** to administratively close this case.

IT IS SO ORDERED.

Dated: October 8, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge